# EXHIBIT A

EEOC Received 06/28/2022

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2022-06813 |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.)
Ms. Tamekia Williams

**Home Phone** (Incl. Area Code): [redacted]

**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Nathan Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148
**Email Address**: (employment@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: Foot Locker Retail, Inc. d/b/a Champs US
**No. Employees, Members**: 15+
**Phone No.**: 717-562-2213
**Street Address**: 288 Orland Square Drive,
**City, State and ZIP Code**: Orland Park, IL 60462
**Email Address**: Thusser@footlocker.com

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 2018
Latest: April 2, 2022
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Tamekia Williams, (African-American, Dark-Brown, female), was employed at Foot Locker Retail, Inc. d/b/a Champs US for approximately eleven and one half years until I was constructively discharged on April 2, 2022, on the basis of race, skin color, and sex discrimination and retaliation.

The following is a non-exhaustive list of the race, skin color, and sex discrimination and retaliation I was subjected to:

For the 11 ½ years that I was with the Employer, I was never subjected to any disciplinary actions or write-ups. In 2013, I was promoted to a Store Manager.

In 2018, a new General Manager, Wynn East (African-American, male), became my supervisor and in 2021 Mr. East was promoted to a director position. From the moment Mr. East became my supervisor until my constructive discharge, he harassed me and continuously made racially-charged offensive comments to me each time he would visit my store. Over the course of my employment, Mr. East would tell me, "You can take the girl out the of hood, but you cannot take the hood out of the girl," "You're ghetto but that's okay, you are good to work at urban stores," "You're rough around the edges, which is good for urban stores," "You're ghetto," and "You're hood."

On or around March 22, 2022, and during a company-wide Zoom call with over 100 managers, an unknown manager announced that I was a "West-side gangster." Mr. East followed this manager's racially-charged

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 06 / 28 / 2022<br>Date      *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Doc ID: 98aaf285da02b6b592cf44d4d4f24667b592a670

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2022-06813 |
|---|---|---|
| Illinois Department of Human Rights | | and EEOC |
| *State or local Agency, if any* | | |

comment by saying, "Yes, that is exactly what I thought of her." I was extremely distraught by the harassment and unlawful treatment that I felt I had no choice but to turn of my camera during the meeting.

Following this meeting, I applied for a General Manager position and Mr. East told me that I would not be receiving a promotion because I was "not the look we are going for, you need to speak more like ███." (referring to a Hispanic Male manager).

Again, I was immediately distraught by Mr. East's response and his continued racial discrimination that I reported his conduct to Human Resources, Ms. Christine McGhee. I continued to report the unlawful discrimination and harassment to Ms. McGhee several times a month, however, my complaints were ignored.

Due to the emotional anguish and continued harassment and discrimination, on April 2, 2022, I was constructively discharged. The Employer ignored my complaints and failed to take any action against Mr. East. I was also subjected to retaliation from Mr. East following my complaints which inevitably lead to my constructive discharge.

Thus, I believe I have been discriminated against on the basis of my race, African-American, my skin color, Dark Brown, my sex, female, and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and (775ILCS 5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 06 / 28 / 2022   [signature]<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Doc ID: 98aaf285da02b6b592cf44d4d4f24667b592a670